PER CURIAM.
Section 83.60(2), Florida Statutes (1985), which requires a tenant asserting a right to possession to deposit rent into the court registry pending resolution of the litigation, is not unconstitutional. See Lindsey v. Normet, 405 U.S. 56, 92 S.Ct. 862, 31 L.Ed.2d 36 (1972); K.D. Lewis Enters. Corp. v. Smith, 445 So.2d 1032 (Fla. 5th DCA 1984). See § 718.401(4), Fla.Stat. (1985); Farrell v. Drew, 19 N.Y.2d 486, 281 N.Y.S.2d 1, 227 N.E.2d 824 (1967).
Certiorari denied.